■■■ In the Matter of Susan K. Hustleby et al., as Retired Employees of Byron-Bergen Central School District, Respondents, v Byron-Bergen Central School District, Appellant. (Appeal No. 1.) [805 NYS2d 912]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), dated July 1, 2004 in a proceeding pursuant to CPLR article 78. The order, inter alia, granted the petition to the extent of directing respondent to provide petitioners co-pay benefits equivalent to active employees.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5701 [b] [1]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Hayes, JJ.

■■■ In the Matter of Susan K. Hustleby et al., as Retired Employees of Byron-Bergen Central School District, Respondents, v Byron-Bergen Central School District, Appellant. (Appeal No. 2.) [805 NYS2d 871]—Appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered September 10, 2004 in a proceeding pursuant to CPLR article 78. The judgment, inter alia, granted the petition to the extent of directing respondent to provide petitioners co-pay benefits equivalent to active employees.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present— Hurlbutt, J.P., Scudder, Gorski, Smith and Hayes, JJ.